STATE OF NEW JERSEY v. RICKY REINO.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY LEE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH DEMARCO.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON DUNDAS.

STATE OF NEW JERSEY v. DAVID HANLEY.

STATE OF NEW JERSEY v. GLENN WILLIAM WOOD.

June 27, 1986.

Petitions for certification denied.